# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

BEN WALKER,                                :

   Plaintiff,                         :         CIVIL ACTION NO. 3:15-1930

   v.                                      :         (MANNION, D.J.)
                                                 (SAPORITO, M.J.)

COURT OF COMMON PLEAS OF      :
MONROE COUNTY,
PENNSYLVANIA DOMESTIC          :
RELATIONS SECTION, *et al.*
                                               :
   Defendants.


## ORDER

In accordance with the Memorandum issued this same day, **IT IS HEREBY ORDERED that**:

**(1)** The Defendant, Court of Common Pleas of Monroe County, Pennsylvania Domestic Relations Section's motion to dismiss, (Doc. 5), is **GRANTED**;

**(2)** the plaintiff's claims against the Court of Common Pleas of Monroe County, Pennsylvania Domestic Relations Section and its individual judicial officers is **DISMISSED without leave to amend**;

**(3)** the plaintiff's claim against the Prothonotary of Monroe County

is **DISMISSED without prejudice**; and

**(4)**  the Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: August 23, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1930-01-ORDER.wpd